RECEIVED
MAY 0 4 2023
DEBORAH S. HUNT, Clerk

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 30, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

    Re: Joseph R. Biden, Jr., President of the United States
         v. Kentucky, et al.
         Application No. 22A859
         (Your No. 21-6147)

Dear Clerk:

    The application for a further extension of time in the above-entitled case has been presented to Justice Kavanaugh, who on April 30, 2023, extended the time to and including June 9, 2023.

    This letter has been sent to those designated on the attached notification list.

                                       Sincerely,

                                       **Scott S. Harris**, Clerk

                                       by

                                       Susan Frimpong
                                       Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988